Submitted on record and briefs September 3, reversed October 30, 1996

In the Matter of Betty Harris-Garner,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

Betty HARRIS-GARNER,
*Appellant.*

(9511-73212; CA A91338)

925 P2d 596

Michael T. Purcell filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Riggs and Landau, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals an involuntary commitment to the Mental Health Division. She contends that the state did not prove by clear and convincing evidence that she is a mentally ill person. ORS 426.005(1)(d)(A); ORS 426.130. The state concedes that the evidence was not sufficient. Upon reviewing the record *de novo*, we agree. *State v. Siebold*, 100 Or App 365, 366, 786 P2d 219 (1990).